52 A.3d 220

Raheem BROWN, Petitioner,

v.

Hon. Judge Benjamin LERNER, A.D.A. Steve Collier, Public Def. Byron Houston, Superintendent Gerald Rozum, Respondents.

No. 103 EM 2012.

Supreme Court of Pennsylvania.

Aug. 31, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.